# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEON MERCURIO YANEZ RABAGO,<br><br>Defendant. | Case No.  19-CR-05131-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 35] |

Upon due consideration, good cause appearing, the Court **GRANTS** the government's motion and **DISMISSES** the Information filed against Defendant Leon Mercurio Yanez Rabago without prejudice.

**IT IS SO ORDERED.**

DATED: May 6, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge